# FRITZSHALL & PAWLOWSKI
## ATTORNEYS AT LAW

STEVEN N. FRITZSHALL*
BRAD J. PAWLOWSKI**†
JENETTE R. FRITZSHALL

*Also Licensed in Arizona
**Also Licensed in Wisconsin
†Collaborative Law Fellow

FIRST FLOOR
6584 N. NORTHWEST HWY.
CHICAGO, IL 60631

(773)763-4400
FAX: (773)763-2805

Steve@go2court.com
Brad@go2court.com
Jenette@go2court.com

February 16, 2017

Raisa Alicea
Consumer Law Group, LLC
6232 North Pulaski Suite 200
Chicago, IL 60646

RE: 1:16-cv-7300 Velesaca v. F&F Sewing and Cutting, Inc., et al.

Dear Counsel,

This correspondence is Defendant's response to your client's settlement demand and should be used for settlement purposes only.

As you acknowledged in Court to Judge Cox, Defendants have provided you copies of time cards and checks payable to the Plaintiff for the relevant periods as articulated in your demand letter. Defendants deny that Plaintiff was uncompensated for any time and extensive due diligence by this office has supported Defendant's position. In addition, logic does not support your clients claims that for years she has been working off the clock.

Lastly, it should be noted that my clients have been in business many years and have employed many people and they have never been accused of requiring "off the clock" services. My clients believe that Plaintiff is not being truthful and forth right to you about her claims.

None the less I have also counseled my clients as to the economic realities of Federal Court litigation and as such was able to obtain cost of defense settlement authority in the amount of $5,000. This offer of settlement was previously conveyed to you.

Very truly yours,

Steven N. Fritzshall