**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Delia Velesaca

          Plaintiff,

v.               Case No.: 1:16−cv−07300
              Honorable Charles P. Kocoras

FF Sewing and Cutting, Inc., et al.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 19, 2017:

  MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to Joint Stipulation of Dismissal filed on 4/11/2017 [23], this case is dismissed with prejudice. Civil case terminated. Mailed notice(vcf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.